# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEMETRICE Q. SUTTLES | CASE NO.:<br>4:24-CR-00036-CDL-CHW-1 |

## ORDER GRANTING DEFENDANT'S
## UNOPPOSED MOTION TO CONTINUE

Defendant was indicted on November 21, 2024, Doc. 1, and arraigned on October 23, 2025. The Pretrial Conference was held on November 18, 2025. The defendant requests a continuance, and the government does not oppose. Specifically, Defendant needs additional time to review discovery with Mr. Suttles.

IT IS HEREBY ORDERED that the above-referenced matter be continued to the **March 2026 trial term** and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 19th day of November 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA